FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

SEP - 6 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-694-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| Nuyer Chavez - Rodriguez | |
| Defendant. | |

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within seven (7) days of the date of this Order unless the Government files a formal objection or other appropriate motion within six (6) days of this Order. The defendant's "A" number is A 205 150 720.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve this Order on the Officer in Charge, Department of Homeland Security and Immigration and Customs Enforcement (DHS/ICE), _____, Nevada.

DATED this 6 of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL J. ALBREGTS
U.S. MAGISTRATE JUDGE