# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00694-EJY-1 |
| Plaintiff, | **ORDER** |
| v. | |
| NAYAR CHAVEZ-RODRIGUEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary hearing scheduled for December 8, 2022, be vacated and continued to Monday, January 23, 2023 at the hour of 4:00 p.m. in Courtroom 3A.

DATED this 5th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE