# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>NAYAR CHAVEZ-RODRIGUEZ,<br><br>    Defendant. | Case No. 2:23-cr-00005-JAD-NJK<br><br>**Order** |

The Court **SETS** the video conference currently scheduled for 11:00 a.m. on January 20, 2023, to be an in-person hearing at the same time in Courtroom 3C. Defendant and his counsel must be present in court.

IT IS SO ORDERED.

Dated: January 19, 2023

                                               Nancy J. Koppe
                                               United States Magistrate Judge